# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | ACTION NO. 4:17-CV-478<br>JUDGE MAZZANT/JUDGE JOHNSON |
| $4,289,628.78, *et al.*, | § § § | |
| Defendants. | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #16) that the Motion to Dismiss Forfeiture Complaint (Dkt. #15) be **GRANTED**.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the Motion to Dismiss Forfeiture Complaint (Dkt. #15) is **GRANTED**.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, **AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED**.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 27th day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE